JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 15, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ISOM,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF RIVERSIDE,<br><br>　　　　Defendants. | Case No. **5:17-cv-00355 VAP (DTBx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.

Dated: November 15, 2017

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm